UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTORIA VEBELL, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>VERDE ENERGY USA, INC.,<br><br>   *Defendant*. | Case No. 3:15-cv-00008-JBA |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Victoria Vebell, individually, and Defendant, Verde Energy, Inc., by and through undersigned counsel, hereby stipulate and agree that the plaintiff hereby dismisses this action *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The claims of any potential class members are hereby dismissed without prejudice. Each party shall bear its own costs and expenses, including attorneys' fees.

Dated: May 6, 2015            Respectfully submitted,

By: /s Stefan Coleman           /s Keith E. Smith

Stefan Coleman *(admitted pro hac vice)*    Keith E. Smith *(admitted pro hac vice)*
Law Offices of Stefan Coleman, LLC     Eckert, Seamans, Cherin & Mellot – Phil PA
201 South Biscayne Blvd, 28th Floor      50 South 16th St, Suite 2200
Miami, Florida 33131           Philadelphia, PA 19102
Telephone: 877.333.9427         215-851-8402
Facsimile: 888.498.8946          Fax: 215-851-8383
Law@StefanColeman.com         ksmith@eckertseamsons.com

*Lead Trial Counsel for Plaintiff*        *Lead Attorney, Counsel for Defendant*
*Victoria Vebell*

Gregory Smith              Stephen I. Hansen
Gregory Smith, Esq.            Eckert, Seams, Cherin & Mellot - MA
28 Ridgecrest Drive            Two International Place, 16th Fl

Ridgefield, CT 06877  
203-244-5466  
Fax: 888-717-0543  
Email: law@gnsmith.com  

**Local Counsel for Plaintiff**  
**Victoria Vebell**

Boston, MA 02110  
617-342-6838  
Fax: 617-342-6899  
shansen@eckertseamans.com  

William P. Breen, Jr.  
*Eckert, Seamans, Cherin & Mellot, LLC*  
Two International Place, 16th Floor  
Boston, MA 02110  
617-342-6887  
wbreen@eckertseamans.com